UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BASTION HEALTH OPERATIONS, LLC, d/b/a CROWN HEALTH, a Delaware Limited Liability Company, and BASTION HEALTH, P.C., a Washington Professional Service Corporation, d/b/a CROWN HEALTH,<br><br>Plaintiffs,<br><br>v.<br><br>SEVA MEDICAL, PLLC, a Washington Professional Limited Liability Company, BOBBIEJO COVEY, and DOES 1-8,<br><br>Defendants. | Case No. 2:24-cv-00201-RSL<br><br>**ORDER ON JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN** |

This matter comes before the Court on the Parties' joint motion to extend the deadline to file their joint status report and discovery plan. The Court has considered the Parties' motion and the case file and finds that modification of the deadline stated in the Court's February 22, 2024, Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 11) is warranted.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Parties' Joint Motion to Extend Deadline to File Joint Status Report and Discovery Plan is GRANTED. The Parties' Joint Status Report and Discovery Plan, as required by Federal Rule of Civil Procedure 26(f) and

ORDER ON JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN - 1
Case No. 2:24-cv-00201-RSL

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*

1 | Western District of Washington Local Civil Rule 26(f), shall be due seven (7) days after the

2 | Court enters an order resolving the Court's March 15, 2024 Order to Show Cause (Dkt. No. 15).

    Dated this 25th day of March, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT AND DISCOVERY PLAN - 2
Case No. 2:24-cv-00201-RSL

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*