UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BASTION HEALTH OPERATIONS, LLC, *et al.*,

      Plaintiffs,

      v.

SEVA MEDICAL, PLLC, *et al.*,

      Defendants.

Case No. C24-0201RSL

ORDER OF REMAND

On February 14, 2024, defendants removed this action to federal court alleging that the Court had jurisdiction because a claim under the federal Copyright Act of 1976 was alleged. Dkt. # 1. Plaintiffs amended their complaint to remove the only federal cause of action asserted (Dkt. # 14), and the Court directed defendants to provide the citizenship of all of the owners/members of all LLC parties by March 29, 2024 (Dkt. #15). It appearing that plaintiff Bastion Health, P.C., and defendant Seva Medical, PLLC are both Washington citizens (Dkt. # 18 at 2), the Clerk of Court is directed to remand this matter to King County Superior Court.

Dated this 1st day of April, 2024.

                                                  Robert S. Lasnik
                                                  United States District Judge

ORDER OF REMAND - 1